UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON JOSEPH TAYLOR,                )
                                     )
        Petitioner,                  )
                                     )
    v.                               )   Civil Action No. 05-1634 (EGS)
                                     )
ELEANOR HOLMES NORTON, *et al.*,     )
                                     )
        Respondents.                 )

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

ORDERED that respondent, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue, and it is further

ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden, the United States Parole Commission, and the United States Attorney for the District of Columbia, the Attorney General for the District of Columbia, and the Court Services and Offender Supervision Agency for the District of Columbia.

SO ORDERED.

        Signed:    EMMET G. SULLIVAN
                   United States District Judge

                   August 31, 2005