UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON JOSEPH TAYLOR,<br>    Petitioner<br><br>v.<br><br>ELEANOR HOLMES-NORTON,<br>U.S. PAROLE COMMISSION, et. al.<br>    Respondents | Civil Action No. 05-1634 (EGS) |

### ORDER

Upon consideration of the Petitioner's Petition For An Emergency Writ of Mandamus, the United States' Opposition to the Petitioner's Petition For An Emergency Writ of Mandamus, and, for the reasons stated in the United States' Opposition, it is hereby

**ORDERED** that the show cause order as to the federal respondents is discharged, and that Petitioner's Petition For An Emergency Writ of Mandamus is **DENIED**.

**SO ORDERED**

                                                               Emmet G. Sullivan
                                                               U.S. District Court Judge

Date:

Copies to:

Milton Joseph Taylor
Fed. Reg. No. 06193-016
1175 Steven Road, S.E.
Washington, D.C. 20020

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C.  20530