# **EXHIBIT 1**

09/27/05 10:45 FAX 301 492 5563    US PAROLE COMMISSION    @002
Case 1:05-cv-01634-EGS    Document 8-3    Filed 10/12/2005    Page 2 of 3

DCDC 20254

```
H     PAR2L   540*23  *      SENTENCE MONITORING      *    04-04-2005
PAGE 001           *         COMPUTATION DATA         *.   10:29:59
                             AS OF 04-04-2005

REGNO..: 06193-016 NAME: TAYLOR, MILTON


FBI NO............: 126856V3          DATE OF BIRTH:
ARS1..............: PEM/A-DES
UNIT..............: E                 QUARTERS......: E03-029L
DETAINERS.........: NO                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-28-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:   05-23-2005 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 050 ------------------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F4745-01
JUDGE............................: GARDNER
DATE SENTENCED/PROBATION IMPOSED: 06-14-2002
DATE PROBATION REVOKED...........: 05-07-2004
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 07-28-2004
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO


RESTITUTION...: PROPERTY: NO    SERVICES: NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 620
OFF/CHG: 33-541(A)(1), DISTRIBUTION OF HEROIN (CT.B)

  SENTENCE PROCEDURE..............: DC SRAA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    20 MONTHS
  TERM OF SUPERVISION............:    2 YEARS
  DATE OF OFFENSE................: 07-30-2001




G0002        MORE PAGES TO FOLLOW . . .
```

Ex.1

```
5H      PAR2L  540*23 *         SENTENCE MONITORING         *    04-04-2005
PAGE 002           *            COMPUTATION DATA            *    10:29:59
                                AS OF 04-04-2005
```

REGNO..: 06193-016 NAME: TAYLOR, MILTON

------------------------CURRENT COMPUTATION NO: 040 ---------------------------

COMPUTATION 040 WAS LAST UPDATED ON 03-17-2005 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 050 010

```
DATE COMPUTATION BEGAN..........: 05-07-2004
TOTAL TERM IN EFFECT............:    20 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       8 MONTHS
EARLIEST DATE OF OFFENSE........: 07-30-2001

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     12-14-2001    06-18-2002

TOTAL PRIOR CREDIT TIME.........: 187
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 41
TOTAL GCT EARNED................: 27
STATUTORY RELEASE DATE PROJECTED: 05-23-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-03-2005


PROJECTED SATISFACTION DATE.....: 05-23-2005
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: COMP RE-CERTIFIED BY THE DC RECORDS CENTER ON 03-17-05

G0002        MORE PAGES TO FOLLOW . . .