# **EXHIBIT 2**

Case 1:05-cv-01634-EGS    Document 8-4    Filed 10/12/2005    Page 1 of 2

| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |
|---|---|
| Name: TAYLOR, Milton<br>Register Number: 06193-016<br>DCDC No: 202-514 | Institution: Petersburg FCI-Med<br><br>Date:   April 14, 2005 |

In the case of the above-named, the following action was ordered:

You shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

REASONS:

Pursuant to 28 C.F.R. §2.204 – Special Condition(s) added.

The above decision is appealable to the National Appeals Board pursuant to 28 C.F.R. 2.220.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 1070
      Washington, D.C. 20001



TAYLOR 06193-016                                    -1-                              Clerk:   OMG
Queued: 04-14-2005 15:33:18 BOP-Petersburg FCI-Med |

Ex. 2