UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MILTON JOSEPH TAYLOR,** | : | |
| Petitioner | : | Civil Action No. 05-1634 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **ELEANOR HOLMES-NORTON,** | : | |
| **U.S. PAROLE COMMISSION, et al,** | : | |
| Respondents | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

-2-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Milton Joseph Taylor, Fed. Reg. No. 06193-016, 1175 Steven Road, S.E., Washington, D.C. 20020 this 12th day of October, 2005.

_____
Sherri L. Berthrong
Assistant United States Attorney