UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON J. TAYLOR,

    Petitioner,

V.             Civil Action No. 05-1634
                (Judge E.G.S.)

ELEANOR HOLMES-NORTON,
U.S. PAROLE COMMISSION et al.,
    Respondents.

THE PETITIONER'S MOTION FOR SUMMARY JUDGMENT
OR IN ALTERNATIVE GRANT HIM A PRELIMINARY
INJUNCTIVE ORDER TO STAY HIS SUPERVISE RELEASE

  The petitioner, respectfully moves this Honorable Court to grant Summary Judgment in his favor or in alternatively issue an "Injunctive Order" against the respondents to "STAY HIS SUPERVISE RELEASE TERM," for the following reasons:

  (1). The respondent has not showned cause why the petitioner's writ should not be granted nor why this Court should not issue a Writ of Mandamus against the U.S. Marshal Services to avoid "honoring fraudulent detainer filed by the U.S. Parole Commission."

  (2). The respondent has not showned cause why the petitioner "has never waived his rights to a judicial Show Cause Hearing, pursuant to the Criminal Procedure Rule No. 32.

(3). The respondent has not showned cause why the U.S. Parole Commission can lawfully operate in the capacity of an official judge, without violating the "SEPARATION OF POWER DOCTRINE", when the Supreme Court Justice Judges had "ABOLISHED" the U.S. Parole Commission in two (2) Federal Cases. See U.S. v. Estrada, 680 F. Supp. 1312, at 1338 (1988) and Mistretta v. U.S., 488 U.S. 361 (1989).

(4). The respondent has not showned cause why this Court should not entertain a "Federal Question" that involve the U.S. Parole Commission's "PHASE-OUT AND PHASE-IN", by taking the responsibility of the D.C. Board of Parole and how Congress can enact D.C. Code Statutes for the U.S. Parole Commission to "OVER-TURN THE SUPREME COURT'S JUSTICE JUDGES PAST PRECEDENT", by bring the Federal Parole Board in existence.

ARGUMENT

The U.S. Parole Commission is under the "EXECUTIVE BRANCH", which he cannot be vested with judicial power to make a "FINAL ADJUDICATION" on a parolee/prisoner sentence at all or have any power to take "STREET TIME CREDITS" either, because the U.S. Parole Commission has never taken a "SWORN OATH" to uphold the law in good faith, pursuant to Title 28 U.S.C. § 453 and pursuant to Article III, clause no. 2. For this cause, the U.S. Parole Commission created his own "COURT" unlawfully and he is un-license to revoke any person sentence. See Johnson v. U.S., 48 F. 3d 806, 808-09 (4th Cir. 1995); see also, U.S. v. Thorne,

153 F. 3rd 130 (4th Cir. 1998).

A United States Magistrate judge only have a limited power to hold a full judicial trial and his duty is only to make a "RECOMMENDATION REPORT". On the contrary, the United States Parole Commission has been granted with "EXCESSIVE-POWER" by Congress, to re-sentence a parolee and detain him in jail without taking the parolee back before his sentencing judge, whereas the D.C. Code § 24-104 and D.C. Code § 11-923 (b) has been "ABOLISHED", in the since of Superior Court Judges had loss jurisdiction over the prisoner whom they had put in jail or sentence. See U.S. V. Taylor, 97-35(CR) (D.D.C.)

The petitioner respectfully requests that this Court will "BAN" the U.S. Parole Commission for good and declare the D.C. Code § 24-406, 24-131, 24-133, 28 C.F.R. § 2.21 (c) and 18 U.S.C. § 3583 (e)(3) as being unconstitutional, without any further delays, because D.C. Code Offenders has been "KIDNAPPED" by parole and prison officials, whereas this is an injury among the petitioner liberty interest and a future threat. See Boggs v. Bowron, 842 F. Supp. at 547 (D.D.C. 1983); see also, Steffel v. Thompson, 39 L. Ed. 2d 505 (1994). Furthermore, this motion should be granted expediously, as justice requires.

Respecfully submitted,

Dated: 12/08/2005

*Milton J. Taylor*
MILTON J. TAYLOR
1175 Stevens Rd., S.E.
Washington, D.C., 20020

CERTIFICATE OF SERVICE

I HEREBY, Certify a true copy of my "Summary Judgment" motion on Sherri L. Berthrong, Assistant U.S. Attorney, 555 4th Street, N.W. , Washington, D.C., 20530 on this 8th, day of December, 2005.

                                          Respectfully submitted,

                                          *Milton J. Taylor*
                                          MILTON J. TAYLOR
                                          1175 Stevens, Rd. S.E.
                                          Washington, D.C., 20020