UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON JOSEPH TAYLOR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ELEANOR HOLMES NORTON, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-1634 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Order to Show Cause [Dkt. #3] is DISCHARGED. It is further

ORDERED that all claims against respondent Eleanor Holmes Norton are DISMISSED, and that she is DISMISSED as a party to this action. It is further

ORDERED that petitioner's petition for a writ of habeas corpus [Dkt. #1] is DENIED. It is further

ORDERED that petitioner's motion to strike [Dkt. #10] and "Motion Requesting the Presiding Judge to Make a Final Adjudicated on the Merits, Before his Case Become Moot" [Dkt. #12] are DENIED. It is further

ORDERED that "The Petitioner's Motion for Summary Judgment or in Alternative Grant Him a Preliminary Injunctive Order to Stay his Supervise[d] Release" [Dkt. #11] is DENIED as moot. It is further

1

ORDERED that this civil action is DISMISSED without prejudice.  This is a final appealable Order.  See Fed. R. App. P. 4(a).

SO ORDERED.

Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      April 20, 2006