# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5160**                    **September Term, 2005**

**05cv01634**

**Filed On:**

Milton Joseph Taylor,
     Appellant

   v.

Eleanor Holmes Norton, Congress-Woman for D.C.,
et al.,
     Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 2 3 2006

CLERK

## O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

     BY:

          Ken Meadows Jr.
          Deputy Clerk