UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON JOSEPH TAYLOR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ELEANOR HOLMES NORTON, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-1634 (EGS) |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Such a showing may include a demonstration that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

Having considered the petition and the record in this case, the Court concludes that a certificate of appealability is not warranted in this case.

SO ORDERED.

Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      September 20, 2006